IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY A. BECHEL,

      Petitioner,

  -vs-

UNITED STATES OF AMERICA,

      Respondent.                           No. 15-cv-0572-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on May 28, 2015 (Doc. 2) and September 23, 2016 (Doc. 12), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                       JUSTINE FLANAGAN,
                                       ACTING CLERK OF COURT


                             BY:  *s/Caitlin Fischer*
                                        **Deputy Clerk**

Dated: September 23, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.09.23 02:40:05 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT